UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:18-cr-00160-SEB-DML |
| SHALONDA COLEMAN, | ) -06 |
| Defendant. | ) |

**The Honorable Sarah Evans Barker, Judge
Entry for March 6, 2020**

The defendant has filed a petition to enter a plea of guilty and plea agreement.  IT IS, THEREFORE, ORDERED that the March 23, 2020 jury trial date previously assigned is VACATED <u>for this defendant only.</u>  This cause will be assigned for hearing on the petition and for sentencing upon the disclosure of the pre-sentence report.

Distribution:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
matthew.rinka@usdoj.gov